IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| IN RE: | CHAPTER 13 PROCEEDING |
|---|---|
| NICOLE F. ROSSITTO, | CASE NO. BK10-82025 |
| Debtor. | |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,B,D,E,F,I and J in the boxes provided. Add the amounts from Schedule A and B to determine the total amount of the debtor's assets. Add the amount from Schedules D,E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED | # SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | YES | 1 | $275,000.00 | | |
| B-Personal Property | YES | 4 | $93,754.29 | | |
| C-Property Claimed Exempt | YES | 1 | | | |
| D-Creditor Holding Secured Claims | YES | 1 | | $311,152.00 | |
| E-Creditors Holding Unsecured Priority Claims | YES | 1 | | $0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $121,731.94 | |
| G-Executory Contracts & Unexpired Leases | YES | 1 | | | |
| H-Co-Debtors | YES | 1 | | | |
| I-Current Income | YES | 1 | | | $5,374.94 |
| J-Current Expenditures | YES | 1 | | | $4,204.00 |
| Total # Sheets | | 16 | | | |

| Total Assets | $368,754.29 |
|---|---|
| Total Liabilities | $432,883.94 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| IN RE: | CHAPTER 13 PROCEEDING |
|---|---|
| NICOLE F. ROSSITTO, | CASE NO. BK10-82025 |
| Debtor. | |

**STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)**

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ **Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.**

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| TYPES OF LIABILITY | | AMOUNT |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | | $0.00 |
| Student Loan Obligations (from Schedule F) | | $8,157.69 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | | $0.00 |
| | **TOTAL** | $8,157.69 |

**STATE THE FOLLOWING:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $5,374.94 |
| Average Expenses (from Schedule J, Line 18) | $4,204.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 8,693.77 |

**STATE THE FOLLOWING:**

1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column      $500.00

2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column      $0.00

3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column      $0.00

4.  Total from Schedule F      $121,731.94

5.  Total of non-priority unsecured debt (sum of 1,3, and 4)      $122,231.94

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate, including any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If a joint petition is filed, state whether husband, wife or both own the property by placing as "H," "W," "J" or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do Not include interests in executory contracts or un-expired leases on this Schedule. List them in Schedule G - Executory Contracts and Un-expired Leases.**

If an entity Claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claim to hold a secured interest in property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST | SECURED CLAIM AMOUNT |
|---|---|---|---|

Debtor's Home Residence located at 6241 North 155th Avenue, Omaha, Douglas County, Nebraska. First Lien held by Bank of the West in the approximate amount of $210,000.00. Second Lien held by Bank of the West in the approximate amount of $73,000.00.

TOTAL $275,000.00

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If Additional space is needed in any category, attach a separate sheet properly identified with the case name, case number and the number of the category. If a joint petition is filed, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor is an individual, state the amount of any exemptions claim in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and un-expired leases on this schedule. List them in Schedule G - Executory Contracts and Un-expired Leases.**

If the property is being held by the debtor for someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | MARKET VALUE OF DEBTOR'S PROPERTY |
|---|---|---|
| 1. Cash on Hand. | | $30.00 |
| 2. Checking, savings or other accounts, certificates of deposits, or shares in banks, savings and loan, thrift, building and loan and homestead associations or credit unions brokerage houses or cooperatives. | Checking Account  $47.02 (Individual – Wells Fargo Bank)<br><br>Savings Account  $55.48 (Individual – Wells Fargo Bank)<br><br>Checking Account  $126.20 (Individual – 1st Nebraska Educators CU)<br><br>Savings Account  $33.85 (Individual – 1st Nebraska Educators CU)<br><br>Savings Account  $30.00 (Individual – SAC Federal Credit Union) | |
| 3. Security deposits with public utilities, telephone companies, landlords and others. | | $0.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | $4,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc and other collections or collectibles. | | $0.00 |
| 6. Wearing apparel. | | $250.00 |
| 7. Furs and jewelry. | | $5,000.00 |

| | | |
|---|---|---|
| **8. Firearms and sports, photographic and other hobby equipment.** | | $0.00 |
| **9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each.** | | $0.00 |
| **10. Annuities. Itemize and name each insurer.** | | $0.00 |
| **11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007 (b))** | | $0.00 |
| **12. Interests in IRA, ERISA, Keogh, or other pension or Profit sharing plans. Give Particulars.** | 401K Retirement Plan (Fidelity) | $58,000.00 approx. |
| **13. Stock and interests in incorporated and unincorporated businesses. Itemize.** | | $0.00 |
| **14. Interests in partnerships or joint ventures. Itemize.** | | $0.00 |
| **15. Government and corporate bonds and other negotiable and non-negotiable instruments.** | | $0.00 |
| **16. Accounts receivable.** | | $0.00 |
| **17. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars.** | | $0.00 |
| **18. Other liquidated debts owing debtor including tax refunds. Give particulars.** | | $681.74 |

The debtor is receiving $681.74
For returned money garnished
From her paycheck by Nebraska Furniture Mart.

| | | |
|---|---|---|
| **19. Equitable or future interests, life estate, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.** | | $0.00 |

| | | |
|---|---|---|
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | | $0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | | $0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | $0.00 |
| 23. Licenses, franchises and other general intangibles. Give particulars. | | $0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101 (41 A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | $0.00 |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | 2007 Acura MDX (63,000 approximate miles) | $25,000.00 |
| 26. Boats, motors and accessories. | | $0.00 |
| 27. Aircraft and accessories. | | $0.00 |
| 28. Office equipment, furnishings and supplies. | | $0.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | $0.00 |
| 30. Inventory. | | $0.00 |
| 31. Animals. | | $0.00 |
| 32. Crops-growing or harvested. Give particulars. | | $0.00 |
| 33. Farming equipment and implements. | | $0.00 |

**34. Farm supplies, chemicals and feed.**                    $0.00

**35. Other personal property of any kind not already listed. Itemize.**                    $0.00

**TOTAL** | $93,754.29

**SCHEDULE C - PROPERTY CLAIM AS EXEMPT**

Debtor elects the exemptions that the debtor is entitled under:

11 U.S.C. §522(b)(2): Exemptions available under applicable non-bankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable non-bankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY |
|---|---|---|---|
| Cash on Hand | NRS 25-1552 | $30.00 | $30.00 |
| Deposits of Money | NRS 25-1552 | $292.55 | $292.55 |
| Garnished Funds | NRS 25-1552 | $681.74 | $681.74 |
| Household Goods and Furnishings | NRS 25-1552 | $1,000.00 | $4,500.00 |
| Wearing Apparel | NRS 25-1556 | $250.00 | $250.00 |
| Jewelry | NRS 25-1556 | $1,250.00 | $5,000.00 |
| Pension/Retirement - 401K | NRS 25-1563.01 | $58,000.00 | $58,000.00 |
| Other - tools of the trade 2007 Acura MDX | NRS 25-1556 | $348.00 | $25,000.00 |
| Debtor's Home Residence | NRS 40-101 | $60,000.00 | $275,000.00 |

**SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS**

Bank of the West
POB 4000
Alameda CA 94501
Claim is joint.
Claim incurred by note and lien on real estate.
Claim secured by debtors' home residence.
Claim is contingent, unliquidated and not disputed.
Market value is $275,000.00.
Amount of claim is $210,000.00.

Bank of the West
POB 4000
Alameda CA 94501
Claim is joint.
Claim incurred by note and second lien on real estate.
Claim secured by debtors' home residence.
Claim is contingent, unliquidated and not disputed.
Market value is $SEE CLAIM ABOVE.
Amount of claim is $73,000.00.

First Nebraska Educator's Credit Union
4203 South 120th Street
Omaha NE 68137
Claim is joint.
Claim incurred by note and lien on vehicle.
Claim secured by 2007 Acura MDX.
Claim is contingent, unliquidated and not disputed.
Market value is $25,000.00.
Amount of claim is $24,652.00.

Nebraska Furniture Mart
c/o Jennifer J Taylor
Attorney at Law
8712 West Dodge Rd, #400
Omaha NE 68114
Claim is individual.
Claim incurred by note and PMSI.
Claim secured by Electronics and Television.
Claim is contingent, unliquidated and not disputed.
Market value is $3,000.00.
Amount of claim is $3,500.00.

TOTAL $311,152.00

**SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

NONE

TOTAL $0.00

**SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS**

Michael A Rossitto
13330 Larimore Avenue, #113
Omaha NE 68164
Claim is individual.
Claim incurred for co-debtor liability.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $UNKNOWN.

Michael A. Rossitto
c/o Richard J. Henkenius
Attorney at Law
209 South 19th Street, #400
Omaha NE 68102
Claim is individual.
Claim incurred for co-debtor liability.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $UNKNOWN.

Wells Fargo Educational Services
POB 5185
Sioux Falls SD 57117
Claim is individual.
Claim incurred for student loan.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $8,157.69.

HSBC
POB 60147
City of Industry CA 91716
Claim is individual.
Claim incurred for credit card.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $978.05.

U S Bank
POB 1800
St Paul MN 55101
Claim is joint.
Claim incurred for reserve line.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $3,050.40.

U S Bank
POB 790408
St Louis MO 63179
Claim is individual.
Claim incurred for loan.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $3,943.16.

U S Bank
POB 790408
St Louis MO 63179
Claim is joint.
Claim incurred for credit card.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $9,437.51.

U S Bank
POB 790408
St Louis MO 63179
Claim is individual.
Claim incurred for credit card.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $23,285.67.

UNMC
c/o ACS
POB 27238
Omaha NE 68127
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $30.15.

FIA Card Services
c/o RAB Inc
POB 1022
Wixom MI 48393
Claim is individual.
Claim incurred for credit card.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $10,498.06.

Lowes
POB 530914
Atlanta GA 30353

        And

Lowes
c/o Allied Interstate
POB 1962
Southgate MI 48195
Claim is individual.
Claim incurred for credit card.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $90.00.

HSBC
POB 60119
City of Industry CA 91716
Claim is individual.
Claim incurred for credit card.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $527.42.

Fort Street Veterinarian
14345 Fort Street, #500
Omaha NE 68164
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $1,180.00.

Discover
POB 6103
Carol Stream IL 60197
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $8,701.43.

Citi Diamond
Box 6500
Sioux Falls SD 57117
Claim is individual.
Claim incurred for credit card.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $11,865.81.

Citi Cards
POB 688901
Des Moines IA 50368
(Account #****-****-****-7420)
Claim is individual.
Claim incurred for credit card.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $7,306.69.

Citi Cards
POB 688901
Des Moines IA 50368
(Account #****-****-****-0111)
Claim is individual.
Claim incurred for credit card.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $5,271.05.

Capital One Bank
4851 Cox Road
Glen Allen VA 23060
Claim is individual.
Claim incurred for credit card.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $10,645.38.

Precision Recovery Analytics
c/o Bonded Collection Corporation
POB 1022
Wixom MI 48393
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $101.66.

Bank of America
POB 851001
Dallas TX
Claim is individual.
Claim incurred for credit card.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $10,488.08.

Citicorp Credit Services Inc
Allianceone Receivables Management Inc
POB 3107
Southeastern PA 19398
Claim is individual.
Claim incurred for credit card.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $5,560.52.

Alegent Health
Bergan Mercy Hospital
Dept 0985
POB 3366
Omaha NE 68176
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $13.21.

Michael Lustgarten
Attorney at Law
1625 Farman Street, #900
Omaha NE 68102
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $600.00.

TOTAL $121,731.94

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all un-expired leases of real or personal property. Include any timeshare interests.

State the nature of debtor's interest in contract, i.e., "Purchaser," "Agent, " etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

     NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

X    Check this box if debtor has no executory contract or un-expired leases.
_____

**SCHEDULE H - CODEBTORS**

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signors. In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule. Include all names used by the non-debtor spouse on this schedule. Include all names used by the non-debtor spouse during the six years immediately preceding the commencement of this case.

Check this box if debtor has no co-debtors.

_____

Michael A Rossitto
13330 Larimore Avenue, #113
Omaha NE 68164
Ex-husband
Co-debtor on loans with Bank of the West and 1st Nebraska Educators CU and various unsecured claims listed on Schedule F
See Schedule D and F

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | Dependants Of Debtor And Spouse | | |
|---|---|---|---|
| | Name | Age | Relationship |
| Single | Three (3) children | 9,8,8 | |

| EMPLOYMENT | Debtor | Spouse |
|---|---|---|
| Occupation: | Sales | |
| Name Employer: | Blue Cross/Blue Shield | |
| Employer ID Number: | N/A | N/A |
| How Long Employed: | 12 and ½ years | |
| Address of Employer: | Omaha, Nebraska | |

| | DEBTOR | SPOUSE |
|---|---|---|
| **INCOME** (Estimate of average monthly income) | | |
| Current monthly gross wages, **salary** and commissions (pro rate if not paid monthly) | $2,500.00 | |
| Estimated monthly overtime | $4,615.77 | |
| **SUBTOTAL** | $7,115.77 | |

| **LESS PAYROLL DEDUCTIONS** | | |
|---|---|---|
| a. Payroll taxes and social security | $1,763.49 | |
| b. Insurance | $796.12 | |
| c. Union dues | $0.00 | |
| d. Other(Specify): 401K Loan | $512.20 | |
|           401K Retirement Contribution | $247.02 | |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $3,318.83 | |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $3,796.94 | |

| | | |
|---|---|---|
| Regular income from operation of business or profession or farm | $ | |
| Income from real property | $ | |
| Interest and dividends | $ | |
| Alimony, maintenance or support payments | $ | |
| Social security or other government assistance | | |
|    Children's Social Security | $1,578.00 | |
| Pension or retirement income | $ | |
| Other money income (Specify) | $ | |
| **TOTAL MONTHLY INCOME** | $5,374.94 | |

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average monthly expenses of the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

____ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rent) | MORTGAGE | $1,943.00 |
| | 2nd MORTGAGE | $450.00 |
| Are real estate taxes included?  Yes | | |
| Is Property insurance included?  Yes | | |
| Utilities   Electricity and heating fuel | OPPD | $183.00 |
|              Water and Sewer | MUD | $111.00 |
|              Telephone, Internet and Cable | | $227.00 |
| Home maintenance (repairs and upkeep) | | $50.00 |
| Food | | $500.00 |
| Clothing | | $100.00 |
| Laundry and dry cleaning | | $50.00 |
| Medical and Dental Expenses | | $50.00 |
| Transportation (not including car payments) GAS, OIL & REPAIRS | | $175.00 |
| Recreation, clubs and entertainment, newspapers & magazines | | $75.00 |
| Insurance (not deducted from wages or included in mortgage payment) | | |
|              Life | | $50.00 |
|              Auto | | $90.00 |
| Taxes(not deducted from wages or included in mortgage payment) | | |
| (Specify)   Auto | | $70.00 |
| Other      Miscellaneous Personal Items | | $50.00 |
|              Abe's Trash | | $30.00 |

**TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules      $4,204.00

**[FOR CHAPTER 12 AND 13 DEBTORS ONLY]**

| | |
|---|---|
| A. Total projected monthly income | $5,374.94 |
| B. Total projected monthly expenses | $4,204.00 |
| C. Excess Income (A minus B) | $1,170.94 |
| D. Total amount to be paid into plan each month | $1,135.00 |

**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing summary and schedules and that they are true and correct to the best of my knowledge, information and belief.

DATED: July 29, 2010

/S/: *Nicole F. Rossitto*
Nicole F. Rossitto

## PENALTY FOR MAKING FALSE STATEMENT:

## FINE OF UP TO $500,000 OR IMPRISONMENT FOR UP TO

## 5 YEARS, OR BOTH. 18 U.S.C. §152 and 3571.

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint Petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have a business, as defined below, also must complete Questions 16-21. Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

"**In business.**" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor "in business" for the purpose of this form if the debtor is or has been, within the two (2) years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"**Insider.**" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any agent of the debtor. 11 U.S.C. §101(30).

---

**1.   INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

None

State the gross amount of income the debtor has received from employment, trade, or profession, or from the operation of the debtor's business from the beginning of the calendar year to the date this case was commenced. State also the gross amounts received during the two (2) years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

2009 - $103,322.00 – This amount reflects the debtor's annual salary of $30,000.00 plus commissions. Due to the downturn in the economy and health reform, the debtor's commissions are considerably less in 2010.

**2.   INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

None

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two (2) years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

The debtor receives $1,578.00 per month from her ex-husband's social security for her three (3) minor children.

**3.   PAYMENTS TO CREDITORS**

None

**A.** List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600.00 to any creditor, made within ninety (90) days immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

The debtor has been making payments in the amount of $548.00 per month to First Nebraska Educator's Credit Union for her 2007 Acura MDX

None   X

      **B.** List all payments made within one (1) year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses and a joint petition is not filed.)

## 4. SUITS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None

      **A.** List all suits to which the debtor is or was a party within one (1) year immediately preceding the filing of this bankruptcy case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Nebraska Furniture Mart, Inc. vs. Nicole F. Rossitto in the Douglas County court at Case No. CI10-6787.

Nicole F. Rossitto vs. Michael A. Rossitto in the District Court of Douglas county at DOC. 1098 NO. 196 (Dissolution of Marriage)

None

      **B.** Describe all property that has been attached, garnished or seized under any legal or equitable process within one (1) year immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

The debtor was garnished $681.74 by Nebraska Furniture Mart, Inc. during the month of July of 2010.

## 5. REPOSSESSION, FORECLOSURES AND RETURNS

None   X

      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one (1) year immediately preceding the commencement of the case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. ASSIGNMENTS AND RECEIVERSHIPS

None   X

      **A.** Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include any assignments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None   X

      **B.** List all property that has been in the hands of a custodian, receiver, or court-appointed official within one (1) year immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. GIFTS

None   X

      List all gifts or charitable contributions made within one (1) year immediately preceding the commencement of this case except in the ordinary and usual gifts to family members aggregating less than $200.00 in value per individual family member and charitable contributions aggregating less than $100.00 per recipient. (Married debtors filing under Chapter 12 or Chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. LOSSES**

None   X

 List all losses from fire, theft, other casualty or gambling within one (1) year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

None

 List all payments made or property transferred on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one (1) year preceding the commencement of this case.

Payment to Burnes Law Office, See Disclosure of Compensation.

**10. OTHER TRANSFERS**

None

 List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one (1) year immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

The debtor transferred her interest in an HSA account to Michael Rossitto during the month June of 2010 pursuant to the Decree of Dissolution of Marriage in the District Court of Douglas County at DOC. 1098 NO. 196.

**11. CLOSED FINANCIAL ACCOUNTS**

None

 List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor that were closed, or otherwise transferred within one (1) year immediately proceeding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposits, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

The debtor closed a joint checking and savings account at US Bank August of 2009.

The debtor closed a joint checking account at Bank of the West during the month of August of 2009.

**12. SAFE DEPOSIT BOXES**

None   X

 List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one (1) year immediately preceding the commencement of this case.  boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. SETOFFS**

None   X

 List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within ninety (90) days preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. PROPERTY HELD FOR ANOTHER PERSON**

None   X

 List all property owned by another person that the debtor holds or controls.

**15.** **PRIOR ADDRESS OF DEBTOR**

None    X

        If the debtor has moved within two (2) years immediately preceding the commencement of this case, list all premises that the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also ant separate address of either spouse.

**16.** **SPOUSES AND FORMER SPOUSES**

None    X

        If the debtor resides or resided in a community property state, commonwealth, or Territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17.** **ENVIRONMENTAL INFROMATION.**

        For the purpose of this question, the following definitions apply:

        "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

        "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

        "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None    X

        a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

        Site Name and Address:
        Name and Address of Governmental Unit:
        Date of Notice:
        Environmental Law:

None    X

        b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

        Site Name and Address:
        Name and Address of Governmental Unit:
        Date of Notice:
        Environmental Law:

None    X

        c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

        Name and Address of Governmental Unit:
        Docket Number:
        Status or Disposition:

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two (2) years immediately preceding the commencement of the case, any of the following: an officer, director, managing executive, or owner of more than five (5) percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within two (2) years immediately preceding the commencement of this case.)*

### 18.   NATURES, LOCATION AND NAME OF BUSINESS

None

    **A.** If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade or profession, or other activity either full or part-time within six (6) years immediately preceding the commencement of this case, or in which the debtors owned five (5) percent or more of the voting or equity securities within the six (6) years immediately preceding the commencement of this case.

### (Questions 18 through 25 do not apply to the debtor.)

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned five (5) percent or more of the voting or equity securities, within six (6) years immediately preceding the commencement of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned five (5) percent or more of the voting securities, within six (6) years immediately preceding the commencement of this case.

Name:
Last Four Digits of Soc. Sec. No./Complete EIN or Other Taxpayer I.D. No:
Address:
Nature of Business:
Beginning and Ending Dates:

None

    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

Name:
Address:

### 19.   BOOKS RECORDS AND FINANCIAL STATEMENTS

None

    **A.** List all bookkeepers and accountants who within the two (2) years preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None

    **B.** List all firms or individuals who within the two (2) years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None

    **C.** List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None

**D.** List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two (2) years immediately preceding the commencement of this case by the debtor.

## 20. INVENTORIES

None

**A.** List the dates of the last two (2) inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None

**B.** List the name and address of the persons having possession of the records of each of the two (2) inventories reported in A, above.

## 21. CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

None

**A.** If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None

**B.** If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds five (5) percent or more of the voting securities of the corporation.

## 22. FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

None

**A.** If the debtor is a partnership, list each member who withdrew from the partnership within one (1) year preceding the commencement of this case.

None

**B.** If the debtor is a corporation list all officers, or directors whose relationship with the corporation terminated one (1) year immediately preceding the commencement of this case.

## 23. WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION

None

If the debtor is a partnership or corporation, list all WITHDRAWALS or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other prerequisite during one (1) year immediately preceding the commencement of this case.

## 24. TAX CONSOLIDATION GROUP

None

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

Name of Parent Corporation:
Taxpayer Identification Number:

## 25. PENSION FUNDS

None

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the last six years immediately preceding the commencement of the case.

_____

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

DATED: July 29, 2010

                         */S/: Nicole F. Rossitto*
                         Nicole F. Rossitto


                    _____ Continuation Sheets Attached

## **PENALTY FOR MAKING FALSE STATEMENT:**

## **FINE OF UP TO $500,000 OR IMPRISONMENT FOR UP TO**

## **5 YEARS, OR BOTH. 18 U.S.C. §152 and 3571.**

___gnrs0710_____

# Burnes Law Office

11920 BURT STREET
SUITE 155
RICHLAND OFFICE PARK
OMAHA, NEBRASKA 68154-1598
(A Debt Relief Agency)

———————————

Telephone (402) 344-0880
Telefax (402) 344-0270

## NOTICE PURSUANT TO 11 U.S.C. §342(b)(1)

### (A) CHAPTERS:

#### CHAPTER 7

A Chapter 7 Proceeding is a straight liquidation case which allows an individual(s) to eliminate financial obligations an individual(s) may have incurred prior to the filing of the bankruptcy case. The benefit of filing a Chapter 7 Proceeding is that it allows parties to retain property that they are purchasing through a reaffirmation process while at the same time allowing the discharge of certain unsecured liabilities. There are certain obligations in a Chapter 7 case which are non-dischargeable and these may include Federal and/or State income tax, student loans (unless said student loans are a hardship), and domestic support orders. A Chapter 7 Proceeding is billed at the hourly rate of $160.00 per hour plus costs and a minimum retainer of $1,000.00 plus the Chapter 7 filing fee of $299.00 shall be paid prior to filing.

#### CHAPTER 11

A Chapter 11 Proceeding is a proceeding filed primarily by corporations to reorganize their corporate financial liabilities. An individual is eligible to file a Chapter 11 Proceeding. The benefit of filing a Chapter 11 Proceeding for a corporate debtor is to allow them to continue business while working out a repayment plan with their creditor(s). Burnes Law Office does not represent debtor(s) in Chapter 11 Proceedings.

#### CHAPTER 12

A Chapter 12 Proceeding is a financial reorganization for a family farmer. The benefit of filing a Chapter 12 Proceeding is to allow the family farmer to continue to operate the farming operation while working out a repayment plan their creditor(s). Burnes Law Office does not represent debtor(s) in Chapter 12 Proceedings.

#### CHAPTER 13

A Chapter 13 Proceeding is a financial reorganization filed by an individual(s) who does not qualify for Chapter 7 relief and who desires to repay their financial obligation(s) to their creditor(s). The benefit of filing a Chapter 13 Proceeding is to permit the debtor(s) to retain property while at the same time making monthly payments to a Chapter 13 Trustee which is based upon their income and expenses. A Chapter 13 Proceeding is billed at the hourly rate of $160.00 per hour plus costs and a minimum retainer of $300.00 plus the Chapter 13 filing fee of $274.00 shall be paid prior to filing.

**(B) COUNSELING SERVICES:**

A credit counseling agency provides services related to the restructuring of an individual(s) financial obligations. The credit counseling agency would contact the various creditor(s) of the individual(s) to attempt to set up voluntary payment agreements. The credit counseling agency may also provide counseling to the individual(s) as to how to maintain a budget to sustain the payment arrangement(s).

## NOTICE PURSUANT TO 11 U.S.C. §342(b)(2)

**(A)** A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury in connection with a case under the bankruptcy code shall be subject to fine, imprisonment, or both; and

**(B)** All information supplied by debtor(s) in connection with a case under the Bankruptcy Code is subject to examination by the Attorney General.

Date: July 15, 2009          */S/: Nicole F. Rossitto(Sign Name)

                             *Nicole F. Rossitto (Print Name)